UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PINEDA,<br><br>           Petitioner,<br><br>      v.<br><br>W.L. MONTGOMERY, Warden,<br><br>           Respondent. | NO. CV 15-1514-VAP (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: Oct 30, 2015.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE